**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 158 WAL 2017
   :
            Respondent         :
   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
            v.               :
   :
   :
MICHAEL ANTHONY LAPAGLIA,      :
   :
            Petitioner          :

**ORDER**


**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.